UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRENDA PARKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:18-cv-00660-TWP-MJD |
| ) | |
| JAMES J. MORRISSEY, ) | |
| ANNA-KATRINA SARANTI CHRISTAKIS, ) | |
| JOHN DOES, managers and officers, ) | |
| ) | |
| Defendants. ) | |

**ENTRY**

Plaintiff Brenda Parker's response to the March 9, 2018, Entry, is understood to be a request to file an Amended Complaint. As so understood, that motion, dkt [5], is **granted.** The **clerk is directed** to re-docket the Proposed Amended Complaint, dkt [5-1], as the Amended Complaint. The Amended Complaint will be screened consistent with 28 U.S.C. § 1915(e) as soon as this Court's schedule permits.

The attachments to the complaint shall not be re-docketed. They appear to be evidence in support of the claims alleged in amended complaint.

In docketing the Amended Complaint, the **clerk is directed** to terminate Capital One Auto Finance, Capital One, NA, and Onyx Acceptance Corporation as defendants on the docket.

The only defendants named in the caption of the Amended Complaint are Attorney James J. Morrissey, Attorney Anna-Katrina Saranti Christakis, and John Doe managers and officers. All remaining defendants are sued in their individual capacities. The **clerk is directed** to update the docket accordingly.

**IT IS SO ORDERED.**

Date: 4/23/2018

_Tanya Walton Pratt_
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

BRENDA PARKER
1389 W. 86th Street
#177
Indianapolis, IN 46260