UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRENDA PARKER, )<br>     )<br>          Plaintiff, )<br>     )<br>     v.     )<br>     )<br>JAMES J. MORRISSEY, )<br>ANNA-KATRINA SARANTI CHRISTAKIS, )<br>JOHN DOE, )<br>     )<br>          Defendants. ) | No. 1:18-cv-00660-TWP-MJD |

### FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons detailed in the accompanying Order, the Court now enters FINAL JUDGMENT. The action is dismissed for lack of jurisdiction.

Date: 5/9/2018

Laura Briggs, Clerk of Court

By: _____
Deputy Clerk

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

BRENDA PARKER
1389 W. 86th Street
#177
Indianapolis, IN 46260